PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **ELIZABETH LOUANE FENTON** ) <br> ) | **Docket Number: 2:05CR00222-01** |

On March 24, 2006, the above-named was placed on Supervised Release for a period of three years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

Dated:    December 24, 2008
          Sacramento, California
          GPS/cp


**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Elizabeth Louane FENTON**
    **Docket Number:   2:05CR00222-01**
    **ORDER TERMINATING SUPERVISED RELEASE**
    <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  January 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge